UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Klinkhammer,

    Plaintiff,

v.                                                                             Civil No. 08-6320 (JNE/RLE)
                                                                           ORDER

Anishinabe Legal Services, Inc., and
the Northwest Minnesota Foundation,

    Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on May 13, 2009. The magistrate judge recommended that Plaintiff's Motion to Remand be denied. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the well-reasoned Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's Motion to Remand [Docket No. 8] is DENIED.

Dated: July 10, 2009

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge